UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 23-14164-CIV-CANNON

**TRIEU TRAN,** individually
and on behalf of all others similarly situated,

    Plaintiff,
v.

**WALLACE J 2755
SE FEDERAL HIGHWAY LLC**,

    Defendant.
_____/

**ORDER CLOSING CASE**

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Voluntary Dismissal with Prejudice, filed on January 9, 2024 [ECF No. 19]. The parties stipulate to the dismissal of Plaintiff's claims against Defendant with prejudice, and the claims of the unnamed class members without prejudice [ECF No. 19]. Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). As such, the named Plaintiff's claims are **DISMISSED WITH PREJUDICE** in accordance with the Stipulation,[1] effective January 9, 2024, the date on which the parties filed their Stipulation of Dismissal [ECF No. 19].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

The Clerk of Court is directed to **CLOSE** this case.

---

[1] Pursuant to the Stipulation of Dismissal, the claims of the unnamed class members are dismissed without prejudice.

CASE NO. 23-14164-CIV-CANNON/McCabe

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 10th day of January 2024.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record